**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KATYA L. CALIXTRO,

        Plaintiff,

v.                                    Case No.: 6:22-cv-1276-WWB-RMN

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

        Defendant.
_____

## ORDER

The Court has been advised by the parties' Joint Notice of Resolution that the above-styled action has been completely settled. (Doc. 21 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on April 27, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record